No. 92–1488.. PETERSON v. STAFFORD, WASHINGTON COUNTY, MINNESOTA, AUDITOR, ET AL. Sup. Ct. Minn. Certiorari denied.

No. 92–1491. CROUCH ET AL. v. BOY SCOUTS OF AMERICA ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1496.. OSINOWO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–1535. CANEY v. DEPARTMENT OF THE TREASURY. C. A. Fed. Cir. Certiorari denied.

No. 92–1569. FERREIRA v. SUTHERLAND ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6629. DEAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6639. ALVAREZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–6891. ANALLA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6944. RESTREPO ET AL. v. FIRST NATIONAL BANK OF DONA ANA COUNTY, NEW MEXICO. C. A. 5th Cir. Certiorari denied.

No. 92–6949. DENMARK v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 92–6971. KNIGHT v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–6981. SIMON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6987. YARBROUGH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7196. BURGER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–7198. CASTILLO v. NEW YORK. Ct. App. N. Y. Certiorari denied.